AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
JUL 21 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:17 MJ 6155 PLC |
| | ) | |
| | ) | |
| Stewart Stillman | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___July 20, 2017___ in the county of ___St. Louis County___ in the
___Eastern___ District of ___Missouri___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2422 | Attempt to persuade or coerce a minor to engage in sexual activity |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Andrew Lucca, Special Federal Officer

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___07/21/2017___

*Judge's signature*

City and state: ___St. Louis, Missouri___   Honorable Patricia L. Cohen , U.S. Magistrate Judge

*Printed name and title*